291 U.S. 684
 54 S.Ct. 562
 78 L.Ed. 1071
 George R. BENSON, petitioner,
v.
R. C. SULLIVAN, Receiver of the INLAND-IRVING NATIONAL BANK OF CHICAGO.*
 No. 797.
 Supreme Court of the United States
 March 19, 1934
 
 Mr. Lloyd C. Whitman and Benjamin S. Mesirow, both of Chicago, Ill., for petitioner.
 Messrs. Otis F. Glenn, Arthur L. Schwartz, Raymond G. Real, and J. Roy Browning, all of Chicago, Ill., for respondent.
 
 
 1
 For opinion below, see 67 F.(2d) 708.
 
 
 2
 Petition for writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied.
 
 
 
 *
 Rehearing denied 292 U. S. 605, 54 S. Ct. 713, 78 L. Ed. —-.